# IN THE SUPREME COURT OF THE STATE OF NEVADA

LORA CORSON, N/K/A LORA WALSH,
Appellant,
vs.
EZEKIEL CORSON,
Respondent.

No. 81678

FILED

SEP 2 2 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order modifying custody and visitation of minor children. Second Judicial District Court, Family Court Division, Washoe County; Bridget E. Robb, Judge.

This court's review of the notice of appeal and documents before this court reveals a jurisdictional defect. Prior to filing the notice of appeal, appellant timely filed a document in the district court titled "Objection to Proposed Order." The objection appears to seek a substantive alteration of the order challenged in this appeal and thus appears to constitute a tolling motion. *See* NRAP 4(a)(4) (regarding tolling motions); *AA Primo Builders LLC v. Washington*, 126 Nev. 578, 585, 245 P.3d 1190, 1195 (2010) (describing when a post-judgment motion carries tolling effect). To date, it appears that the motion remains pending in the district court. It thus appears that the notice of appeal was prematurely filed and this court lacks jurisdiction. *See* NRAP 4(a)(6)

20-34766

("A premature notice of appeal does not divest the district court of jurisdiction."). Accordingly, this court

ORDERS this appeal DISMISSED.[1]


, J.
Parraguirre

_____, J.
Hardesty

_____, J.
Cadish

cc: Hon. Bridget E. Robb, District Judge, Family Court Division
Lora Corson
Ezekiel Corson
Washoe District Court Clerk

---

[1]Appellant may file a new notice of appeal, if deemed warranted, once the district court enters an order resolving the objection.